1 So.2d 49

**C. D. SHADDIX, Jr., v. STATE.**

7 Div. 553.

Court of Appeals of Alabama.
Jan. 21, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

10 So.2d 59

**James Milton SHERRILL v. W. B. ROGERS et al.**

6 Div. 907.

Court of Appeals of Alabama.
June 30, 1942.

Taylor & Jeffrey, of Birmingham, for appellant.
Graham & Wingo, of Birmingham, for appellees.

BRICKEN, Presiding Judge.
Affirmed on authority of Sherrill v. Acton, ante, p. ——, 8 So.2d 449.

1 So.2d 927

**Dovie SIGERS, Alias v. STATE.**

4 Div. 646.

Court of Appeals of Alabama.
April 8, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

1 So.2d 49

**Miles SIMPSON v. STATE.**

8 Div. 37.

Court of Appeals of Alabama.
Feb. 4, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

10 So.2d 59

**James SLAUGHTER v. STATE.**

8 Div. 228.

Court of Appeals of Alabama.
June 23, 1942.

John E. McEachin, of Huntsville, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

11 So.2d 174

**SLOSS–SHEFFIELD STEEL & IRON CO. v. Fred W. PEINHARDT.**

6 Div. 834.

Court of Appeals of Alabama.
Nov. 27, 1942.

Bradley, Baldwin, All & White, of Birmingham, for appellant.
Coleman, Spain, Stewart & Davies, of Birmingham, for appellee.

PER CURIAM.
Appeal dismissed, want of prosecution.